CINCINNATI BAR ASSOCIATION *v.* TEKULVE.

[Cite as *Cincinnati Bar Assn. v. Tekulve* (1993), 66 Ohio St.3d 164.]

(No. 92–2167—Submitted January 6, 1993—Decided May 5, 1993.)

*Carolyn A. Taggart, W. Deems Clifton* and *Edwin W. Patterson III,* for relator.

*Mark H. Aultman,* for respondent.

*Per Curiam.* Upon review of the testimony and exhibits, we concur in the findings and recommendations of the board. Respondent is hereby suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.